

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00375-CV

## IN RE FLOYD PLEASANT TARVIN IV

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      JusticeDavis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed March 5, 2015
[OT06]

